NOTICE
984816

NO. 69744          01-15-00166-CR

THE STATE OF TEXAS                    IN THE 23RD DISTRICT COURT

VS.                                   OF

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
2/23/2015 11:07:18 AM
CHRISTOPHER A. PRINE
Clerk

NIARE QUENETTE LYTE                   BRAZORIA COUNTY, TEXAS

NOTICE OF ASSIGNMENT ON APPEAL

ON THE 19TH day of FEBRUARY, 2015, the defendant in the above styled and numbered cause excepted to the order of the Court in said cause and gave Notice of Appeal to the Court of Appeals, FIRST Judicial District.

Date of Judgment or Other Order Appealed From: 12/8/14

Date of Sentencing: 12//14

Name of Trial Court Judge:    BEN HARDIN

Name of Court Reporter:    DONNA REED

Name and Address of Defense Attorney on Appeal:
          D. CRAIG HUGHES   (APPOINTED)
          7322 SOUTHWEST FREEWAY, SUITE 1100
          HOUSTON, TEXAS 77074

Name and Address of Attorney for the State on Appeal:
          Jeri Yenne, District Attorney
          Brazoria County Courthouse
          111 East Locust, Suite 408-A
          Angleton, TX  77515

Defendant Incarcerated?    YES

Motion for New Trial Filed?   1/6/15

Appeal Bond: N/A    Date  N/A

Offense and Punishment: MURDER; FIFTY (50) YEARS - TDCJ

          RHONDA BARCHAK, District Clerk


By  /S/ KATHLEEN MCDOUGALD
          Deputy